IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60525
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARY LEE WILES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:97-CR-54-2-G-G
- - - - - - - - - -

April 6, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Gary Lee Wiles appeals his conviction and sentence for conspiracy to possess with the intent to distribute cocaine and for possession with the intent to distribute cocaine.

Wiles fails to present sufficient argument to preserve his evidentiary issue concerning the testimony that Wiles acted as "the enforcer" for the drug supplier. See Grant v. Cuellar, 59 F.3d 523, 525 (5th Cir. 1995). We consider Wiles' references to that testimony only as part of his sufficiency-of-the-evidence issue.

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Wiles argues that the evidence was insufficient to prove his guilt on either count of conviction.  We have carefully reviewed the arguments and the appellate record.  We conclude that a rational juror could conclude beyond a reasonable doubt that Wiles was guilty of both charges.  See United States v. Maltos, 985 F.2d 743, 746 (5th Cir. 1992) (conspiracy elements); United States v. Ramirez, 963 F.2d 693, 701 (5th Cir. 1992) (elements of 21 U.S.C. § 841); United States v. Pineda-Ortuno, 952 F.2d 98, 102 (5th Cir. 1992) (standard of review).

AFFIRMED.